IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARNULFO MALDONADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3124 |
| | § | |
| JO ANNE BARNHART, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 1, 2006 and has made a *de novo* determination of the Magistrate Judge's recommended disposition.  Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).  This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order.  This court finds that the law and evidence support the Administrative Law Judge's conclusion that the plaintiff, Arnulfo Maldonado, was capable of work that is available in significant numbers in the national economy and that he was not entitled to disability benefits.

The plaintiff's motion for summary judgment is denied and the defendant's motion is granted.  Final judgment is entered by separate order.

SIGNED on March 6, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge